UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
RECEIVED & FILED
99 SEP 27 AM 7:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
```

AMERISOURCE CORPORATION,

    Plaintiff(s)

    v.                                       Civ. No. 98-1426(PG)

DIAMOND PHARMACEUTICAL SERVICES,
INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| (Docket #21) - Motion for Substitution of Counsel | Granted |

Date: September 24, 1999.

                              JUAN M. PEREZ-GIMENEZ
                              U.S. District Judge

