## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

AMERISOURCE CORPORATION,

    Plaintiff,

      v.

DIAMOND PHARMACEUTICAL
SERVICES, INC; JOHN JAVIER REYES,

    Defendants.

CIVIL NO.: 98-1426 (PG)

*RECEIVED & FILED*
*99 SEP 27 AM 11: 36*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

---

### ORDER FOR THE ISSUANCE OF WRIT OF ATTACHMENT

Having examined the Motion for Execution of Judgment filed by plaintiff, it is hereby granted and ordered to the Clerk of the Court to issue a Writ of Attachment to the Marshall of the Court for its immediate serving.

**IT IS HEREBY ORDERED** and appointed Mr. Carlos Martínez, Avenida Roberto Clemente, bloque 30-A #6, Villa Carolina, Puerto Rico 00984 , telephone 315-6333, or any person appointed or designated for him, to act as depositary for the attachment of bank accounts or goods.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this *27th* day of *September*, 1999.

*[signature]*
JUDGE

#202998

(2)

