UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AMERISOURCE CORPORATION,

    Plaintiff(s)

    v.                                                                Civ. No. 98-1426(PG)

DIAMOND PHARMACEUTICAL SERVICES,
INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| (Docket #26) - Motion to Request Relief of Legal Representation | Granted |

Date: January 31, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge