UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AMERISOURCE CORPORATION,

    Plaintiff(s)

    v.                                                               Civ. No. 98-1426(PG)

DIAMOND PHARMACEUTICAL SERVICES,
INC., ET AL.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| (Docket #27) - MOTION TO COMPEL PRODUCTION OF DOCUMENTS | Granted. Defendants have 30 days to produce the documents sought by plaintiff |
| (Docket #28) - MOTION REQUESTING LEAVE TO FILE TRANSLATIONS OF EXHIBITS ON A LATER DATE | Granted |

Date: February 15, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

