UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 MAY 24 AM 10: 24
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

AMERISOURCE CORPORATION,

   Plaintiff(s)

   v.                             Civ. No. 98-1426(PG)

DIAMOND PHARMACEUTICAL SERVICES,
INC., ET AL.,

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #31 - Motion for Sanctions for Failure to Comply with Order. | **DENIED.** Instead, the Court **ORDERS** Defendant John Javier Reyes **to show cause within fifteen (15) days why he should not be held in contempt of court for not complying with an order of this Court.** Plaintiff shall **appear in person** before the Court on June 7, 2001 at 9:00 a.m. |

Date: May 23, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(32)