UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AMERISOURCE CORPORATION,

　　Plaintiff,

　　v.                                                                                          Civ. No. 98-1426(PG)

DIAMOND PHARMACEUTICAL SERVICES,
INC., ET AL.,

　　Defendants.

| MOTION | ORDER |
|---|---|
| DOCKET #36 - OPPOSITION TO SECOND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH ORDER. | **DENIED.** Defendant's Opposition does not Comply with Court's Order dated May 23, 2001 (Docket No. 32). Defendant has until November 30, 2001 to comply with the Court's Order or he will be held in contempt of court. |

Date: _November_ _19_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

