UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 FEB 12 AM 9:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

AMERISOURCE CORPORATION,

    Plaintiff,

    v.    Civ. No. 98-1426(PG)

DIAMOND PHARMACEUTICAL SERVICES,
INC., ET AL.,

    Defendants.

| MOTION | ORDER |
| --- | --- |
| DOCKET #38 - THIRD MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH ORDER. | The Court finally received Defendant John Javier Reyes' ("Reyes") Informative Motion on January 22, 2002. Because Reyes failed to comply with three Orders entered by this Court (Dockets No. 30, 32, 37) regarding the same production of documents, Plaintiff's Third Motion for Sanctions for Failure to Comply with Order is hereby **GRANTED** as follows. Sanctions are imposed on Defendant for the amount of Three Hundred Dollars ($300.00) to cover Plaintiff's attorneys fees in filing a *third* Motion for Sanctions for Failure to Comply with Order (Docket No. 38). |

Date: _February 11_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge